IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| DWAYNE MEADOWS, | * |
| Plaintiff, | * |
| v. | Case No. 1:23-CV-59 (LAG) |
| | * |
| PHOEBE PUTNEY MEMORIAL HOSPITAL, | |
| | * |
| Defendant. | |
| _____ | * |

## JUDGMENT

Pursuant to this Court's Order dated July 11, 2023, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 11th day of July, 2023.

David W. Bunt, Clerk

s/ M. Danielle Morrow, Deputy Clerk